Submitted on record and briefs September 29, affirmed December 27, 2006

STATE OF OREGON,
*Respondent,*

*v.*

CARL GENE DUNLAP,
*Appellant.*

026073FE; A125976

149 P3d 1265

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Wollheim, Judges.